**JUDGE BUCHWALD**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ERMENEGILDO ZEGNA CORPORATION

V.

MAURIZIO FASHIONS, INC. and
ELLESSE CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 02043**

TO: (Name and address of Defendant)

Maurizio Fashions, Inc.
287 Bleecker Street
New York, NY 10014

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark Lerner, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

FEB 29 2008

CLERK

(By) DEPUTY CLERK          DATE

## AFFIDAVIT OF PERSONAL SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

The undersigned, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside in Kings County.

2. That on February 29, 2008, at 3:15 PM deponent served a true copy of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Rule 7.1 Statement, Judge's Rules and ECF Filing Instructions for Case Number 08CV2043 upon:

> Maurizio Fashions, Inc.
>
> 287 Bleecker Street
>
> New York, NY 10014

by delivering a true copy thereof to "John Doe" a/k/a/ Rocco, who stated that he was the Manager. The Individual so served is described as a white mail with gray hair, approximately 5" 6" tall, 140 to 160 lbs., 60 to 70 years of age.

_Richard Randig_
Richard Randig

Sworn to before me this
29th day of February, 2008.

_Notary Public_

HELEN KELLY
Notary Public, State of New York
No. 5005276
Qualified in Suffolk County
Commission Expires December 7, 2010

725710_1