AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/2/08 |
| NAME OF SERVER *(PRINT)* EVANGELOS MAGEROS | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
287 Bleecker St. NY, NY 10014
Rocco Launi

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/4/08
                Date          Signature of Server

US Document/Processing Svcs
11 Park Pl  NY, NY 10007
Address of Server

Sworn Before me on this 4th
day of April 2008

NICOLE MANDRACHIO
Notary Public, State of New York
No. 01MA5085346
Qualified in Kings County
Commission Expires 11/5/09

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.