UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Ermenegildo Zenga Corporation                          Plaintiff,<br><br>-v-<br><br>Maurizio Fashions, Inc., et al.<br>                                                                    Defendant. | Case No. 08 CV 2043 (NRB)<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Teresa Launi                                                    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** May 14, 2008

*Signature of Attorney*

Attorney Bar Code: CM 7439

Form Rule7_1.pdf  SDNY Web 10/2007