UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ERMENEGILDO ZENGA CORPORATION,                :
                        Plaintiff,        :     No. 1:08-cv-02043-NRB
                                                 :
   -against-                                                             :
                                                 :
MAURIZIO FASHIONS, INC., ELLESSE                :
CORPORATION, ROCCO LAUNI, TERESA         :
LAUNI, and SALVATORE DENUCCIO               :
                         Defendants.     :
------------------------------------------------------------x

PLEASE TAKE NOTICE that the law firm of Meenan & Associates, LLC., hereby enters its appearance in this action as attorneys for Defendant Teresa Launi.

Dated: May 14, 2008
       New York, New York

                                                     MEENAN & ASSOCIATES, LLC

                                                     Colleen M. Meenan (CM7439)
                                                     *Attorney for Defendant Teresa Launi*
                                                     64 Fulton Street, Ste. 502
                                                     New York, NY 10038
                                                     P: (212) 226-7334
                                                     F: (212) 226-7716