## SATTERLEE STEPHENS BURKE & BURKE LLP
230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200
E-Mail: mlerner@ssbb.com
Direct Dial: (212) 404-8711

3 WOOD AVENUE S
ISELIN, NJ 08830-2725
(732) 603-4966
FAX: (732) 603-4927

FAX (212) 818-9606
www.ssbb.com

# MEMO ENDORSED

July 25, 2008

By Facsimile: (212) 805-7927

Hon. Naomi R. Buchwald
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2270
New York, NY 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/08

Re: Ermenegildo Zegna Corp. v. Maurizio Fashions et al.,
Civ. No. 08-02043

Dear Judge Buchwald:

Pursuant to our letter dated June 27, 2008, Your Honor granted until today for a report on the status of our investigations based on the anticipated affidavits from defendants.

At this point, the parties continue to work on the draft affidavits that have been provided by two of the defendants, Theresa Launi and Salvatore DeNuccio. Such affidavits have still not been finalized. Based on the information in the drafts, we have begun investigating an entity identified by one of the defendants as a possible source of the infringing suits, and we understand there may be a California corporation and an Italian source, but since the affidavits have not been finalized and additional information as to the possible source may be forthcoming, we have not completed investigations.

Since the affidavits have not been finalized, we believe another conference before Your Honor may be necessary to keep this case moving forward.

We therefore respectfully request that in the absence of finalized affidavits before the week of August 11, 2008, this matter be set for a conference that week.

Respectfully submitted,

Mark Lerner

A conference is scheduled for August 13, 2008 at 4:30.

So Ordered,

[signature]

7/30/08

cc: Antonio Pasquariello, Esq.
    Colleen M. Meenan, Esq.

MEMO ENDORSED